UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON CORTNEY NEVELS,<br><br>    Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>    Respondent. | Case No. 21-cv-01301-RMI<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

All named parties, including unserved defendants, must consent before a magistrate judge has jurisdiction under 28 U.S.C. § 636(c)(1) to hear and decide a case. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial review because unserved defendants had not consented to proceed before magistrate judge). It appears that this case requires a decision dispositive of one or more defendants or claims at this time, and consent of all parties has not been obtained. Accordingly, the Clerk of Court shall reassign this case to a district judge pursuant to the court's assignment plan.

**IT IS SO ORDERED.**

Dated: June 7, 2021

                                                          ROBERT M. ILLMAN<br>
                                                          United States Magistrate Judge