UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON CORTNEY NEVELS,

    Petitioner,

v.

KEN CLARK,

    Respondent.

Case No. 21-01301 BLF (PR)

**JUDGMENT**

    The Court has dismissed the above action for lack of jurisdiction, as well as for being untimely and unexhausted. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: September 20, 2021

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\01301Nevels_judgment